PETTIT v. PETTIT et al.

(Supreme Court, Appellate Division, First Department. March 8, 1912.)

Appeal from Special Term, New York County.

Action by Frank X. Pettit against Alice B. Pettit and others. From a verdict for plaintiff, and an order denying a new trial, defendants appeal. Affirmed.

See, also, 134 N. Y. Supp. 133.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

Stephen O. Lockwood, for appellants.
George Gordon Battle, for respondent.

PER CURIAM. This appeal is from an order denying a motion for a new trial on the ground of fraud and newly discovered evidence. The moving papers are insufficient to justify the granting of a new trial on either ground, and for that reason the order appealed from should be affirmed, with $10 costs and disbursements.

